```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/28/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

v.

LAEL YOUNG,

            Defendant.

No. 20-CR-391 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

IT IS HEREBY ORDERED that on September 11, 2020 at 11:00 am, counsel for both parties shall appear telephonically to be heard on the protective order issue. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508.

IT IS FURTHER ORDERED that if the parties intend to file supplemental letters with the Court concerning the protective order issue, they shall do so no later than close of business on September 8, 2020.

SO ORDERED.

Dated:    August 28, 2020
            New York, New York

Ronnie Abrams
United States District Judge