UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  9-9-20
```

UNITED STATES OF AMERICA

v.

LAEL YOUNG,

                Defendant.

20-CR-391 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In light of the Government's amended motion for a protective order and upon Defendant's request, the conference scheduled for Friday, September 11, 2020 is adjourned until Thursday, September 17, 2020 at 11:30 am.

SO ORDERED.

Dated:    September 9, 2020
             New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge