**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED: 9/17/2020**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

LAEL YOUNG,

Defendant.

No. 20-CR-391

ORDER

RONNIE ABRAMS, United States District Judge:

The defendant's bail conditions are modified to include mental health treatment and counseling as directed by the Pretrial Services Department.

SO ORDERED.

Dated:  September 17, 2020
        New York, New York

Ronnie Abrams
United States District Judge