UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/6/2020**

UNITED STATES OF AMERICA,

v.

LAEL YOUNG,

Defendant.

No. 20-CR-391

ORDER

RONNIE ABRAMS, United States District Judge:

A status conference is scheduled for Friday October 9, 2020 at 2:00 p.m. The parties shall use the dial-in information provided below to call into the conference:

Call-in Number: (888) 363-4749; Access Code: 1015508.

SO ORDERED.

Dated:   October 6, 2020
         New York, New York

Ronnie Abrams
United States District Judge