| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 4-7-21 |

UNITED STATES OF AMERICA,

              v.

LAEL YOUNG,

              Defendant.

20-CR-391 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court will hold a hearing on the issues raised in Defendant's motion to suppress. Dkt. 37. No later than April 9, 2021, the parties shall meet and confer, and propose to the Court various possible dates for the hearing to be held. The parties should also advise the Court as to whether they would like the hearing to be held in person or by video conference.

SO ORDERED.

Dated:    April 7, 2021
            New York, New York

                                    RONNIE ABRAMS
                                    United States District Judge