**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
:
UNITED STATES OF AMERICA           :
:
    -against-                     :          **ORDER**
:
    Lael Young                    :
:
:          20 Cr. 391 (RA)
:          _____
:          Docket #
------------------------------------x


<u>  Ronnie Abrams  </u>, **DISTRICT JUDGE**:
   Judge's Name

The C.J.A. attorney assigned to receive cases on this day, <u>Jason Foy</u> is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC <u>June 8, 2021</u>.


                                        **SO ORDERED**.

                                        **UNITED STATES DISTRICT JUDGE**


June 8, 2021
**Dated:** New York, New York