

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 20, 2023

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

The Court will accept the plea by separate Order. The sentence is scheduled for July 18, 2023 at 2:00 p.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
May 22, 2023

Re:   *United States v. Lael Young*, 20 Cr. 391 (RA)

Dear Judge Abrams:

    On January 19, 2023, a change of plea hearing was conducted in this case before Magistrate Judge Moses pursuant to this Court's referral. I have attached to this letter: (1) the transcript of the change of plea proceeding, (2) a Proposed Order accepting the defendant's guilty plea to Count One of the Indictment, and (3) the Government's *Pimentel* letter. The Government respectfully requests that the Court accept the defendant's plea of guilty and enter the attached Proposed Order.

    The Government further requests that the Court set a sentencing date in this case. The Government notes that Judge Moses set a control date of July 18, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: */s/ Edward C. Robinson Jr.*
    Edward C. Robinson Jr.
    Christy Slavik
    Assistant United States Attorneys
    (212) 637-1046, -1113

cc: Counsel of Record (by ECF)