

**FOY & SEPLOWITZ LLC**
attorneys at law

105 MAIN STREET
HACKENSACK, NJ 07601
TEL: 201-457-0071
FAX: 201-457-0072

WWW.FOYSEPLOWITZ.COM

30 WALL STREET
8TH FLOOR
NEW YORK, NY 10005
TEL: 212-709-8230

July 3, 2023

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Application granted. The sentence is adjourned to October 25, 2023 at 11:30 a.m. Defense submission shall be due two weeks prior to sentencing and the Government's submission shall be due one week prior to sentencing.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> July 6, 2023

    **Re:** **_U.S. v. Lael Young_**
         **Docket No. 20 Cr. 391 (RA)**
         **1st Request for Adjournment of Sentencing**

Dear Judge Abrams:

We are scheduled for the sentencing of Lael Young on July 18th, 2023. With the consent of the Government, I am requesting that the sentencing of Mr. Young be adjourned for 90 days. This is Mr. Young's first request for an adjournment of his sentencing proceedings. The long adjournment request is necessary to provide our mitigation specialist with additional time to complete her role in assisting me with providing effective assistance of counsel.

Taking into consideration the needs of my mitigation expert, my trial schedule, and the trial schedule of the assigned AUSA, we are requesting that the sentencing occur on a date between October 21st and October 31st.

Thank you for your thoughtful consideration.

Sincerely,

FOY & SEPLOWITZ LLC

*Jason E. Foy*

**JASON E. FOY**
jfoy@foyseplowitz.com

cc:    AUSA Edward Robinson
       Lael Young