UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | 20-CR-391 (RA) |
| | ORDER |
| LAEL YOUNG, | |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

On September 11, 2023, Defendant Young filed a motion to vacate his guilty plea and dismiss the indictment. *See* Dkt. 79. No later than October 12, 2023, the Government shall file a response.

SO ORDERED.

Dated:   September 12, 2023
         New York, New York

_____
Hon. Ronnie Abrams
United States District Judge