UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

LAEL YOUNG,

Defendant.

No. 20-CR-391 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of Mr. Young's pending motion to vacate his guilty plea and dismiss the indictment, *see* Dkt. 79, the sentencing scheduled for October 25, 2023, at 11:30 a.m. is hereby adjourned.

Oral argument on Mr. Young's motion is hereby scheduled for November 1, 2023, at 11:30 a.m. and will be held in Courtroom 1506 of the Thurgood Marshall United States Courthouse. If that date does not work for the parties, the parties shall file a joint letter proposing alternative dates.

SO ORDERED.

Dated:   October 16, 2023
         New York, New York

_____
Ronnie Abrams
United States District Judge