

105 MAIN STREET
HACKENSACK, NJ 07601
TEL: 201-457-0071
FAX: 201-457-0072

WWW.FOYSEPLOWITZ.COM

30 WALL STREET
8TH FLOOR
NEW YORK, NY 10005
TEL: 212-709-8230

January 3, 2024

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Application granted. The oral argument is adjourned to January 24, 2024 at 2:00 p.m.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> January 3, 2024

**Re:   *U.S. v. Lael Young*
Docket No. 20 Cr. 391 (RA)
2nd Request for Adjournment of Oral Argument**

Dear Judge Abrams:

We are scheduled for oral argument on January 4, 2024 at 2pm regarding the pending motion Withdraw Guilty Plea and Dismissed the Indictment filed by Lael Young. With the consent of the government, I am requesting that oral argument be adjourned because I am not feeling well. After consultation with the government, I am asking that oral argument be rescheduled for January 24, 2024 at 2pm or another time that is convenient for the court.

Thank you for your thoughtful consideration.

Sincerely,

FOY & SEPLOWITZ LLC

*Jason E. Foy*

**JASON E. FOY**
jfoy@foyseplowitz.com

cc:    AUSA Mary Christy Slavik