

105 MAIN STREET  
HACKENSACK, NJ 07601  
TEL: 201-457-0071  
FAX: 201-457-0072

WWW.FOYSEPLOWITZ.COM

30 WALL STREET  
8TH FLOOR  
NEW YORK, NY 10005  
TEL: 212-709-8230

May 22, 2024

**FILED VIA ECF**

Honorable Ronnie Abrams, USDJ  
Thurgood Marshall US Courthouse  
40 Foley Square  
New York, NY 10007

Application granted.

SO ORDERED.

_____  
Ronnie Abrams, U.S.D.J.  
May 29, 2024

    **Re:** *US v. Lael Young*  
         **Dkt. #20 cr 391**  
         **Clarification of Release Conditions**

Dear Judge Abrams:

I was contacted by Pre-Trial Services Officer Dominque Jackson, who indicated that despite Mr. Lael Young presenting a valid medical marijuana card, which was presented to his prior pre-trial services officer, she objects to his use of marijuana unless the court authorizes such use. I have contacted the government and they have indicated that they take no position with regard to his marijuana usage with a medical marijuana card.

I have also reviewed the February 8, 2023 Official New York State Medical Cannabis Patient Certification, which was signed by Dr. Kenneth Weinberg and confirms that his marijuana prescription was authorized by a licensed medical practitioner.

Based upon the foregoing, Mr. Young is requesting permission to possess and use marijuana as prescribed by his licensed medical practitioner. Thank you for your thoughtful consideration.

Sincerely,

FOY & SEPLOWITZ LLC

*Jason E. Foy*

**JASON E. FOY**  
jfoy@foyseplowitz.com

    cc:    AUSA Christy Slavik  
           PTS Officer Dominique Jackson